No. 86–5209.   WINDSOR v. IDAHO.   Sup. Ct. Idaho.   Certiorari denied.

No. 86–5210.   LIGHTFOOT v. WHITE, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 86–5229.   SALGADO-HERNANDEZ v. UNITED STATES. C. A. 5th Cir.   Certiorari denied.

No. 86–5241.   BELL v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 86–5261.   SLADER v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 86–5268.   ARTIS v. UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 86–5312.   ROWLAND v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 86–5328.   DAVIS v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 86–5514.   LEYTON-ARGENAL v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 86–5551.   STANKOWSKI v. CONTE ET AL.   C. A. 3d Cir. Certiorari denied.

No. 86–5554.   RODRIGUES v. GUDEMAN ET AL.   C. A. 9th Cir. Certiorari denied.

No. 86–5555.   SMITH v. CONFEDERATED TRIBES OF THE WARM SPRINGS RESERVATION OF OREGON.   C. A. 9th Cir.   Certiorari denied.

No. 86–5558.   BRITTON v. PERINI, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTION.   C. A. 6th Cir.   Certiorari denied.

No. 86–5560.   BROWN v. WELLDON ET AL.   C. A. 11th Cir. Certiorari denied.

No. 86–5561.   MCCARTHY v. LOPES, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTIONS.   Sup. Ct. Conn. Certiorari denied.